1
2
3
4

Robert N. Kitay, Esq. (SBN229966)
Law Office of Robert N. Kitay
2508 Garfield Ave, Ste A
Carmichael, CA  95608
Tel. (916) 266 – 0188
Fax (916) 266 – 0198

5

Attorney for Plaintiff ONTRIEL JONES aka ONTRIEL HORNBECK

6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 | Case No.:  2:12-cv-01141 MCE/CKD |
| 12 ONTRIEL JONES aka ONTRIEL HORNBECK, | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| 13        Plaintiff | |
| 14 | |
| 15 v. | **Complaint Filed 03/19/2012** **Removal Filed 04/27/2012** |
| 16 | |
| 17 COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES in his individual and official capacity; UNKNOWN DEPUTY NO. 1, in his/her official capacity; and DOES 2 through 50, | |
| 18 | |
| 19 | |
| 20        Defendants | |
| 21 | |

22

23

24

25

26

27

28

Plaintiff   ONTRIEL   JONES   and   Defendants   COUNTY   OF   SACRAMENTO,

SACRAMENTO  COUNTY  SHERIFF'S  DEPARTMENT  and  SCOTT  R.  JONES  hereby

respectfully request that the Court modify its most recent scheduling order.  Specifically, upon

ruling on Plaintiff's motion to amend the complaint (and granting it, and at the same time ruling

that defendants' motion for summary judgment was moot), the Court ordered that Plaintiff file an

amended complaint on or before 07/25/2014.

**STIPULATION TO MODIFY SCHEDULING ORDER**

1

2   Currently, the parties have agreed to schedule a mediation (08/19/2014 at 4:00 pm) to

3   attempt to resolve this matter.  The parties agree that should the matter fail to resolve at the

4   mediation, Plaintiff shall file and serve his amended complaint no later than Monday 08/25/2014.

5   Defendants shall then have their answer to the complaint filed no later than 09/19/2014.

6   After defendants have filed their answer, the parties shall meet and confer regarding trial

7   scheduling deadlines, and thereafter file a joint statement with the Court by October 3, 2014,

8   advising the Court whether additional discovery is needed as a result of the Amended Complaint,

9

10  and to propose a schedule related to expert discovery, the last day for the Court to hear

11  dispositive motions, a final pre-trial conference date, and the trial date.

12  **IT IS SO STIPULATED:**

13

14  Dated: 07/25/2014                    By:_____/s/ Michael W. Pott (as authorized on 07/25/14)
                                              Michael W. Pott
15                                            Ryan J. Cronin-Prather
                                              Attorneys for Defendants
16

17  Dated: 07/25/2014                    By: ____/s/ Robert N. Kitay_____
                                              Robert N. Kitay
18                                            Attorney for Plaintiff

19

20

21                                        **ORDER**

22  Based on the Stipulation of the parties, the current scheduling order is modified as set

23  forth above.

24      **IT IS SO ORDERED:**

25

26  Dated: July 31, 2014

27                              _____
28                              Troy L. Nunley
                                United States District Judge

**STIPULATION TO MODIFY SCHEDULING ORDER**