UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONTRIEL JONES a/k/a ONTRIEL HORNBECK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES; GUSTAVUS B. YOUNGBERG,<br><br>Defendants. | Case No. 2:12-cv-01141-TLN-CKD<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On October 8, 2014, the parties noticed the Court that they have reached a settlement in this case. (*See* Notice of Settlement, ECF No. 71: "[the parties] hereby respectfully notify the court that this entire case has been settled").

On July 29, 2015, Defendants filed a motion to dismiss, in which Defendants represent: 1) the settlement agreement states that after signature by Plaintiff and payment of settlement funds, Plaintiff would dismiss with prejudice the complaint;[1] and 2) Plaintiff's counsel's paralegal has picked up the settlement check for Plaintiff from Defense counsel's law firm and provided written acknowledgement of that fact. Defendants attach a copy of the signed acknowledgment. (*See* Def.'s Mot. to Dism., ECF No. 74-1 at 2; Cronin-Prather Decl., ECF No. 74-2 at 4.) Defendants

---

[1] The most recent First Amended Complaint was filed on August 25, 2014. (ECF No. 69.)

1

submit that they have been unable to reach Plaintiff's counsel by phone or email in order to obtain a signed stipulation for dismissal. (ECF No. 74-1 at 2.)

Plaintiff did not respond to the motion to dismiss. On August 31, 2015, the Court ordered Plaintiff's counsel to show cause why he should not be sanctioned for failure to respond. (ECF No. 77.) Counsel did not respond to that order, and on September 11, 2015, the Court imposed monetary sanctions. (ECF No. 78.) The Court has received no further communication from Plaintiff or his counsel regarding this matter.

Good cause shown, the Court hereby GRANTS Defendants' motion to dismiss any claims that remain in this matter. This matter is dismissed with prejudice. The Clerk of the Court shall close the case.

Dated: March 24, 2016

Troy L. Nunley
United States District Judge